JUNE 3, 1983

No. 82–6658.   WILLIAMS v. UNITED STATES.   C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 53.